

**IT IS ORDERED as set forth below:**

Date:  July 16, 2015

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Kenneth and Catherine Owensby | } | Case No:15-10985 |
| | Debtor | } | |
| | | } | Chapter 13 |
| | | } | |
| | | } | Judge W. H. Drake, Jr. |

### ORDER GRANTING MOTION TO
### EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

WHEREAS the Debtors in the above referenced case filed a Motion to Extend the Automatic Stay as to All Creditors, and a hearing being scheduled for May 28, 2015 and it being shown that all parties in interest having been properly served, and there being no objections filed and the Court having considered the same,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion is GRANTED and the Automatic Stay is continued as to all creditors pursuant to 11 U.S.C. § 362(c)(3)(B) for the duration of the case.

**END OF DOCUMENT**

Presented by:

/s/ Gina Karrh
H. Brooks Cotten, Bar No: 189545
Gina Karrh, Bar No: 408378
H. Brooks Cotten, P.C.
5 Jackson Street
Newnan, GA 30263
(770) 683-3303

## DISTRIBUTION LIST

H. Brooks Cotten, P.C.
5 Jackson Street
Newnan, GA 30263

Adam M. Goodman
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Kenneth and Catherine Owensby
105 Lexington Park Drive
Lagrange, GA 30241

ALL CREDITORS AND ATTORNEYS/PARTIES ON ATTACHED MATRIXES

Amcol Systems, Inc.
for Medical Payment Data
111 Lancewood Road
Columbia, SC 29210

Amcol Systems, Inc.
for Medical Payment Data
111 Lancewood Road
Columbia, SC 29210

Amcol Systems, Inc.
for Medical Payment Data
111 Lancewood Road
Columbia, SC 29210

Amcol Systems, Inc.
for Medical Payment Data
111 Lancewood Road
Columbia, SC 29210

Amcol Systems, Inc.
for Medical Payment Data
111 Lancewood Road
Columbia, SC 29210

Amcol Systems, Inc.
for Medical Payment Data
111 Lancewood Road
Columbia, SC 29210

American InfoSource LP
for DirecTV
PO Box 51178
Los Angeles, CA 90051-5478

Calvary Portfolio Service
for Cap One
P.O. Box 27288
Tempe, AZ 85282-7288

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank
P.O. Box 85520
Richmond, VA 23285

Cavalry SPV I, LLC
for Capital One Bank
500 Summit Lake Dr, Ste 400
Valhalla, NY 10595

CBSI
550 Greensboro Avenue
Tuscaloosa, AL 35401

Cedar Rock Outdoors
12261 White House Pkwy
Woodbury, GA 30293

Cerastes, LLC
c/o Weinstein, Pinson and Rile
2001 Western Ave, Ste 400
Seattle, WA 98121

Classic Finance of Roanoke
c/o Joe Lett, owner
1133 Main Street
Roanoke, AL 36274

Classic Finance of Roanoke
c/o Joe Lett, owner
3355 US Hwy 431, Ste 10
Roanoke, AL 36274

Credit Central
700 E. North Street
Suite 15
Greenville, SC 29601-3013


Credit Financial Service
Columbus Consolidated Parking
100 W. Morgan Street
Durham, NC 27701


Credit Financial Service
Columbus Consolidated Parking
100 W. Morgan Street
Durham, NC 27701


Credit Management LP
4200 International Pkwy
Carrollton, TX 75007


Diversified Consultants, Inc.
for Sprint
10550 Deerwood Park Blvd
Jacksonville, FL 32256


Ed Davis
3461 Hammett Road
Hogansville, GA 30230


Financial Asset Management
for Medical Payment Data
P.O. Box 451409
Atlanta, GA 31145


First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117-5524

First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117-5524


First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104


Franklin Collection Service
for Medical Payment Data
P.O. Box 3910
Tupelo, MS 38803-3910


Gil's Auto Sales
5115 14th Street
Columbus, GA 31904


Gil's Auto Sales
5115 14th Street
Columbus, GA 31904


GoldCar Lending-Gils Auto
3962 U SHwy 80 WBld A
Phenix City, AL 36870


GoldCar Lending-Gils Auto
3962 U SHwy 80 WBld A
Phenix City, AL 36870


Holloway Credit Solutions
for Medical Payment Data
P.O. Box 230609
Montgomery, AL 36123-5609


Holloway Credit Solutions
for Medical Payment Data
P.O. Box 230609
Montgomery, AL 36123-5609

Jefferson Capital Systems
P.O. Box 7999
Saint Cloud, MN 56302


Lagrange Loans
c/o Cora Pleasant, B.Manager
900 Hogansville Road, Ste A
Lagrange, GA 30241


Lagrange Loans
c/o Cora Pleasant, B.Manager
900 Hogansville Road, Ste A
Lagrange, GA 30241


Lake Carroll Auto Sales
909 Bankhead Highway
Carrollton, GA 30117


MBC
for Medical Payment Data
11701 Belcher Rd S Ste 1
Largo, FL 33773


Medical Payment Data
Medical Payment Data
2001 9th Ave., Ste 312
Vero Beach, FL 32963-6413


Merrick Bank
c/o Resurgent Capital Services
PO Box 10368
Greenville, SC 29603


Portfolio Recovery Associates
Attn: Delores Garcia
P.O. Box 41067
Norfolk, VA 23541

Premier Bankcard/Charter
POB 2208
Vacaville, CA 95696


Quantum3 Group LLC
CP Medical LLC
P.O. Box 788
Kirkland, WA 98083-0788


Region/AMS
P.O. Box 11007
Birmingham, AL 35288


Security Finance
c/o Kerri Williams, br mgr
127 Commerce Ave. Suite C1
Lagrange, GA 30240


Security Finance
c/o Amanda Haney, Manager
159 Temple Avenue, Ste E
Newnan, GA 30263


SFC Central BK & Recovery
PO Box 1893
Spartanburg, SC 29304-1893


Sprint
Attn: Bankruptcy Dept
P.O. Box 7949
Cincinnati, OH 45274-0602


Strickland's Texaco
514 Second Ave.
West Point, GA 31833

The Law Offices of MIT
for Medical Payment Data
2222 Texoma Pkwy, Ste 160
Sherman, TX 75090


The Orthopaedic Clinic
c/o Franklin Collection Svc
PO Box 3910
Tupelo, MS 38803


WEBBANK/Fingerhut
1 Dell Way
Round Rock, TX 78682


West Ga Medical Center
c/o Sandy Titus, patient svcs
1514 Vernon Road
Lagrange, GA 30240